CHRISTINA LYONS, Respondent, v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC., Appellant.— Order modified so as to require plaintiff to serve a bill of particulars of demands 1 and 2 contained in defendant's notice of motion, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

ANNA MAIER, Appellant, v. CATHERINE E. COOGAN, as Administratrix, etc., of MICHAEL J. COOGAN, Deceased, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that there was a question of fact as to whether or not plaintiff should be paid for her services, and the question should have been submitted to the jury. Lazansky, P. J., Young and Kapper, JJ., concur; Rich and Carswell, JJ., dissent and vote to affirm.

PACIFIC FINANCE CORPORATION, Appellant, v. AUGUST FROSCHHAUSER and Others, Respondents.— Judgments reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event, upon the ground that findings of fact numbered 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 are contrary to and against the weight of the evidence. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

GEORGE E. RALSTON, Appellant, v. FIFTH AVENUE BOND AND MORTGAGE COMPANY and Others, Defendants. PHILIP KOLLMER, Respondent.— Order and judgment affirmed, with costs. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Carswell, JJ., dissent. [130 Misc. 556.]

WILLIAM RANKELL and ABRAHAM LAKE, Respondents, v. MORRIS SONIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

WARREN F. ROLLINS, etc., Appellant, v. JAMES W. ARMSTRONG, Individually and as Superintendent of Buildings of the City of Yonkers, Respondent.— Order denying motion for peremptory mandamus order and granting an alternative order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

LOUIS SILBERMAN, Appellant, v. SHEET METAL MANUFACTURING CO., INC., Respondent.— Appeal dismissed. Rule 10* is a rule adopted by the trial justices and was not made by this court. No appeal lies from such an order. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

LOTTIE SNYDER, Respondent, v. CHARLES J. PINTEL and EVA DOROTHY PINTEL, etc., Appellants, and SARGINS REALTY CO., INC., Defendant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.